IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER COCHRAN,<br><br>                Plaintiff,<br><br>          v.<br><br>UMH 3 RIVERS LLC, d/b/a NEW COLONY AND JEREMY STILLWAGON, in his official capacity as Pennsylvania state constable for magisterial district court 05-2-14,<br><br>                Defendants. | Civil Action No.: 2:21-cv-01271-WSS<br><br><br><br>Hon. William S. Stickman |

**NOTICE OF DISMISSAL**

To:    Jeremy Stillwagon        UMH 3 Rivers LLC
        724 Elwell Avenue        c/o James McNally, Esq.
        West Mifflin, PA 15122    Cohen Seglias pallas Greenhall & Furman PC
                                                       525 William Penn place, Suite 3005
                                                       Pittsburgh, PA 15219
                                                       jmcnally@cohenseglias.com

**PLEASE TAKE NOTICE** that the Plaintiff, Jennifer Cochran, by her undersigned attorneys, hereby gives notice in accordance with Fed. R. Civ. P. 41(a)(1), of the voluntary dismissal of the above entitled action without order of the court. With respect thereto, the Plaintiff states that no answer or motion for summary judgment has been received by counsel for the Plaintiff. Such dismissal is without prejudice and is not on the merits. There has been no prior dismissal in any court of the United States or of any state of an action based on or including the same claim as presented by the Plaintiff in its complaint herein.

**Dated:** January 19, 2022

                                                       Respectfully Submitted:

                                                       */s/ Eileen D. Yacknin*
                                                     Eileen D. Yacknin
                                                     PaID 26525

Neighborhood Legal Services
928 Penn Avenue
Pittsburgh, PA 15222-3799
(412) 586-6155
yacknine@nlsa.us

*/s/ Daniel G. Vitek*
Pa.I.D. No. 209013
Community Justice Project
100 Fifth Avenue, Suite 900
Pittsburgh, PA 15222
(412) 434-6002
dvitek@cjplaw.org

Counsel for Plaintiff

2

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER COCHRAN,<br><br>        Plaintiff,<br><br>        v.<br><br>UMH 3 RIVERS LLC, d/b/a NEW COLONY AND JEREMY STILLWAGON, in his official capacity as Pennsylvania state constable for magisterial district court 05-2-14,<br><br>        Defendants. | Civil Action No.: 2:21-cv-01271-WSS<br><br>Hon. William S. Stickman |

## CERTIFICATE OF SERVICE

I hereby certify that I did this day cause to be served this Notice of Dismissal by electronic filing on the following:

James McNally, Esq.

And by first-class mail on the following:

Jeremy Stillwagon<br>724 Elwell Avenue<br>West Mifflin, PA 15122

Respectfully Submitted:

Date: January 19, 2022

*/s/ Eileen D. Yacknin*
Eileen D. Yacknin
PaID 26525
Neighborhood Legal Services
928 Penn Avenue
Pittsburgh, PA 15222-3799
(412) 586-6155
yacknine@nlsa.us

*/s/ Daniel G. Vitek*
Pa.I.D. No. 209013
Community Justice Project
100 Fifth Avenue, Suite 900
Pittsburgh, PA 15222
(412) 434-6002
dvitek@cjplaw.org